PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: 2:92CR00570-02
)
Sharon Denise BROWN )
)

On May 3, 1993, the above-named was placed on supervised release for a period of three years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/  Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**

**FILED**

MAR 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Dated:   March 10, 2006
         Sacramento, California
         KMM:jz

**REVIEWED BY:**   /s/  Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:   **Sharon Denise BROWN**
      **Docket Number:  2:92CR00570-02**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

_____3/10/06_____          _____/s/ Edward J. Garcia_____
Date                                          Edward J. Garcia
                                              **Senior United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office

Rev. 03/2005
PROB35.MRG

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:** 2:92CR00570-02 |
| ) | |
| **Sharon Denise BROWN** ) | |

## LEGAL HISTORY:

On May 3, 1993, the above-named was placed on supervised release for a period of three years. Special conditions included a requirement for warrantless search, correctional treatment, to include testing, and restitution payments.

## SUMMARY OF COMPLIANCE:

Sharon Denise Brown has complied with all conditions and special conditions of supervised release, paid her financial obligations in full, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Ms. Brown has derived maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

/s/ Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:   February 16, 2006
         Sacramento, California
         KMM:jz

Re: **Sharon Denise BROWN**
Docket Number: **2:92CR00570-02**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


REVIEWED BY:   /s/  Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**


cc:   AUSA  (Pursuant to Rule 32, notice of proposed relief to the probation is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)